IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND; and ARTHUR H. BUNTE, JR., as Trustee, | ) ) ) ) ) ) ) | Case No. 17-cv-2915 |
| *Plaintiffs*, | ) ) | Judge  Harry D. Leinenweber |
| v. | ) ) | Magistrate Judge Jeffrey T. Gilbert |
| MIRACLE EXPRESS, INC., a Minnesota corporation, | ) ) ) ) | |
| *Defendant*. | ) | |

## JUDGMENT ORDER

This matter coming before the Court on Plaintiffs' Motion for Entry of Default and Default Judgment, and the Court having reviewed the Motion along with the supporting materials, hereby FINDS, ADJUDGES, and ORDERS as follows:

A. That Defendant Miracle Express, Inc. is adjudged to be in default.

B. That a default judgment is entered against Miracle Express, Inc.

C. That Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund and Arthur H. Bunte, Jr., Trustee, pursuant to section 502(g)(2) of ERISA, 29 U.S.C. § 1132(g)(2), have and recover judgment for delinquent contributions from and against Miracle Express, Inc. in the total amount of $181,414.44. This total amount consists of: (i) past due employer contributions in the principal amount of $144,595.52 based upon the work history reported by Miracle Express, Inc. for the period of December 27, 2015 through June 24, 2017; (ii) delinquent interest in the amount of $6,284.19 through July 27, 2017; (iii) liquidated damages in the amount

of $28,919.10; (iv) attorney's fees in the amount of $1,383.13; and (v) costs in the amount of $232.50.

D. That Plaintiffs, Central States, Southeast and Southwest Areas Health and Welfare Fund and Arthur H. Bunte, Jr., Trustee, pursuant to section 502(g)(2) of ERISA, 29 U.S.C. § 1132(g)(2), have and recover judgment for delinquent contributions from and against Miracle Express, Inc. in the total amount of $163,293.68. This total amount consists of: (i) past due employer contributions in the principal amount of $134,222.34 based upon the work history reported by Miracle Express, Inc. for the period of August 28, 2016 through June 24, 2017; (ii) delinquent interest in the amount of $611.25 through July 27, 2017; (iii) liquidated damages in the amount of $26,844.47; (iv) attorney's fees in the amount of $1,383.12; and (v) costs in the amount of $232.50.

E. That Plaintiffs are awarded post-judgment interest on the entire judgment balance at the greater of: (i) an annualized interest rate equal to two percent (2%) plus the prime interest rate established by JPMorgan Chase Bank, NA for the fifteenth (15th) day of the month for which the interest is charged; or (ii) at an annualized interest rate of 7.5%, with said interest to be compounded annually.

F. That specifically excluded from this judgment and not barred under the doctrines of res judicata, collateral estoppel, or claim preclusion are: (i) any claim for pension contributions (or interest thereon) for any period other than the period of December 27, 2015 through June 24, 2017; (ii) any claim for health and welfare contributions (or interest thereon) for any period other than the period of August 28, 2016 through June 24, 2017; (iii) any claim for pension contributions (or interest thereon) for any period of time (including the period of December 27, 2015 through June 24, 2017) on behalf of employees whose work history was not

reported or was inaccurately reported to the Central States, Southeast and Southwest Areas Pension Fund; (iv) any claim for health and welfare contributions (or interest thereon) for any period of time (including the period of August 28, 2016 through June 24, 2017) on behalf of employees whose work history was not reported or was inaccurately reported to the Central States, Southeast and Southwest Areas Health and Welfare Fund; and (v) any claim for withdrawal liability as defined in 29 U.S.C. § 1381, *et seq.*

      G.      That Plaintiffs may proceed with collection of the judgment granted.

Dated: July 27, 2017                Enter:_____

                                                Honorable Harry D. Leinenweber
                                                United States District Judge